# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE


JEFF LOWERY, et al.,                          )
                                              )
      Plaintiffs,                          )
                                              )
v.                                            )          No.  3:05-CV-570
                                              )          (Phillips)
JEFFERSON CO. BD. OF EDUCATION, et al.,       )
                                              )
      Defendants.                          )


## <u>ORDER</u>


A motion hearing was held in this case on April 10, 2006.  The following action was taken:

1.     Defendants' motion for extension of time to file answer [Doc. 9] is **GRANTED.**  Defendants shall have an additional **twenty (20) days**, up to and including **May1, 2006** to file their answer.

2.     Plaintiffs' motion for default judgment [Doc. 10] is **DENIED AS MOOT.**

3.     Defendants' motion to stay discovery [Doc. 11] is **DENIED,** subject to renewal at such time as defendants file a motion raising the issue of qualified immunity. The court will reconsider defendants' motion to stay discovery at that time.

6.     This case will be consolidated with Civil Action 3:05-cv-560, *Derrick ("Rabbit") Lowery, et al. v. Marty Euverard, et al.,* for discovery purposes only.  The cases will be tried separately.

**IT IS SO ORDERED**.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge