AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

__EASTERN__ DISTRICT OF __TENNESSEE__

JEFF LOWERY, et al                                    **JUDGMENT IN A CIVIL CASE**

V.

JEFFERSON COUNTY BOARD OF EDUCATION, et al            CASE NUMBER: 3:05-cv-570

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the defendants did not violate the constitutional rights to freedom of speech under the First Amendment of the United States Constitution as to plaintiff Lisa Lowery, Jeff Lowery, Randy Giles, or Michael Kelley. Judgment is therefore entered in favor of defendants Jefferson County Board of Education, Doug Moody and Greg Sharpe and against the plaintiffs Lisa Lowery, Jeff Lowery, Randy Giles and Michael Kelley and costs of this cause.

| | |
|---|---|
| April 11, 2007 | Patricia L. McNutt, Clerk |
| Date | |
| | By   s/ Janet M. Jackson |
| | Deputy Clerk |