**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**


| | |
|---|---|
| **JEFF LOWERY, LISA LOWERY,** ) | |
| **RANDY GILES, and MICHAEL KELLEY,** ) | |
|     **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **No.  3:05-CV-570** |
| ) | **Judge Phillips** |
| **JEFFERSON COUNTY BOARD OF** ) | |
| **EDUCATION, DOUG MOODY, and** ) | |
| **GREG SHARPE,** ) | |
|     **Defendants.** ) | |


## JUDGMENT ON DECISION BY THE COURT


This case came before the court on the plaintiffs' motion for judgment as a matter of law, or, in the alternative, for a new trial; and on defendants' motion for attorney's fees.  The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the motions.

For the reasons stated in the memorandum opinion filed contemporaneously with this judgment, plaintiffs' motion for judgment as a matter of law or, alternatively, for a new trial is hereby **DENIED** in its entirety, and the jury verdict is **AFFIRMED**;

**FURTHER**, defendants' motion for attorney fees is **GRANTED,** whereby plaintiffs are **ORDERED** to pay to defendants attorney's fees and costs in the amount of $87,216.49.

Dated at Knoxville, Tennessee, this _____ day of October, 2007.


    _____s/ Patricia L. McNutt_____
              Clerk of Court